**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

ELAINE L. CHAO, ) 
      Plaintiff, ) 
       ) 
      v. )     **Case No. 1:07cv708**
       ) 
BRANCH 4798 ) 
NATIONAL ASSOCIATION OF ) 
LETTER CARRIERS, ) 
      Defendant. ) 

FILED
JAN 2 5 2008
C. U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

The matter is before the Court on the parties' cross-motions for summary judgment pursuant to Rule 56, Fed. R. Civ. P.

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that plaintiff's motion is **GRANTED IN PART**, insofar as:

1.     The Court **FINDS** that violations of 29 U.S.C. § 481 occurred in defendant's December 2006 election;

2.     The December 2006 election is thus **VOID**; and

3.     Pursuant to 29 U.S.C. § 482(c), defendant is **DIRECTED** to conduct its next regularly scheduled election in December 2008 under plaintiff's supervision.

It is further **ORDERED** that plaintiff's motion is **DENIED IN PART**, insofar as plaintiff requests an immediate supervised election.

It is further **ORDERED** that defendant's motion for summary judgment is **DENIED**, and judgment is accordingly entered in favor of plaintiff and against defendant in this case.

-1-

The Clerk is directed to send a copy of this Order and the Memorandum Opinion to all counsel of record and to place this matter among the ended causes.


Alexandria, Virginia
January 25, 2008

/s/

T. S. Ellis, III
United States District Judge